John P. Joyce, Prothonotary of the Court of Common Pleas of Allegheny County, Appellant *v.* Commonwealth of Pennsylvania, Department of Transportation, Appellee.

Argued October 9, 1985, before President Judge CRUMLISH, JR. and Judges ROGERS, CRAIG, MACPHAIL, DOYLE, COLINS and PALLADINO.

*James R. Fitzgerald,* for appellant.

*Spencer A. Manthorpe,* Chief Counsel, with him, *Jeffrey L. Giltenboth,* Assistant Counsel, and *Jay C. Waldman,* General Counsel, for appellee.

PER CURIAM, December 23, 1985:

The Allegheny County Common Pleas Court granted the Commonwealth's request for declaratory judgment against the Allegheny County Prothonotary's practice of assessing poundage fees on eminent domain compensation funds deposited in his office by the Commonwealth. Prothonotary John P. Joyce appeals to this Court.

The central contention by Joyce is that the authorization for the charge of poundage fees provided in Section 21042(11) of the Second Class County Prothonotary Fee Act, 42 Pa. C. S. §21042(11), supersedes the bar on charges against eminent domain funds contained in Section 522 of the Eminent Domain Code.[1]

---

[1] Act of June 22, 1964, Special Sess., P.L. 84, *as amended,* 26 P.S. §1-522.

We reject this contention based on our controlling decision in *City of Pittsburgh v. Imler Supply Co.*, 80 Pa. Commonwealth Ct. 285, 471 A.2d 591 (1984).

We also reject as meritless Joyce's contention that the Eminent Domain Code's exemption of eminent domain compensation funds from poundage fee assessment is unconstitutional.

ORDER

Now, December 23, 1985, the Allegheny County Common Pleas Court order, No. GD83-05728 dated August 4, 1984, is affirmed.